# LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**18-911**
**Consolidated with 18-909**
**Consolidated with 18-910**


**STATE OF LOUISIANA**

**VERSUS**

**DEANDRUS JONES, ET AL.**


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20183373
HONORABLE DAVID M. SMITH, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**JONATHAN W. PERRY**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of D. Kent Savoie, Candyce G. Perret, and Jonathan W. Perry, Judges.


**AFFIRMED.**

Paul J. deMahy
2206 Catherine Drive
St. Martinville, Louisiana  70582
(337) 519-5400
Counsel for Defendant/Appellant:
     **American Surety Company**

Keith Stutes
District Attorney
Emilia Salas Pardo
Assistant District Attorney
800 S. Buchanan St.
Lafayette, Louisiana  70501
(337) 232-5170
Counsel for Appellee:
     **State of Louisiana**

**PERRY, Judge.**

American Surety Company ("American") appeals the judgment of the trial court, forfeiting three appearance bonds American, as surety, posted on behalf of Deandrus Jones, its principal. For the reasons set forth in the consolidated case hereto, *State of Louisiana v. Deandrus Jones, et al.*, 18-909 (La.App. 3 Cir. __/__/__), the trial court's judgment in the current case, appellate docket 18-911, is affirmed. Costs in docket number 18-911 are assessed to American Surety Company.

**AFFIRMED.**